THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 David Tatom, Sr., Appellant.
 
 
 

Appeal From Georgetown County
 Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2004-UP-463
 Submitted September 14, 2004  Filed September 15, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  David Tatom was indicted for 
 first-degree criminal sexual conduct with a minor, lewd act on a minor, and 
 unlawful conduct towards a child.  The jury acquitted Tatom of first-degree 
 criminal sexual conduct with a minor.  The jury convicted Tatom of lewd act 
 on a minor and unlawful conduct towards a child.  The judge sentenced him: As 
 to the unlawful conduct towards a child the sentence of the Court is ten years.  
 As to the lewd act on a minor the sentence of the Court is 12 years.  Tatoms 
 appellate counsel filed a brief pursuant to Anders v. California, 386 
 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from 
 representation, asserting there are no directly appealable issues of arguable 
 merit.  Tatom did not file a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.